**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRUCE N. SAFFRAN, M.D., PH.D., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL NO. 2:08-CV-64-TJW |
| v. | § | |
| | § | JURY TRIAL |
| BOSTON SCIENTIFIC CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED, pursuant to Federal Rule of Civil Procedure 41, by and among

Plaintiff Bruce N. Saffran, M.D., Ph.D. and Defendant Boston Scientific Corporation

(collectively the "Parties"), to the dismissal of all claims presented by the Complaint, as well as

all amendments and counterclaims thereto, with prejudice as to each of the Parties.  The Parties

shall each bear its own costs and fees.

Respectfully Submitted,

_____
Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com

Danny L. Williams
State Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, #1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile:  (713) 934-7011
Email:  danny@wmalaw.com

Gary M. Hoffman
Paul R. Taskier
James W. Brady, Jr.
Jeremy A. Cubert
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
Email:  HoffmanG@dicksteinshapiro.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Melissa Smith (with permission)
Melissa Smith
State Bar No. TX 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-8357
Email:  melissa@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 2nd day of April, 2009.

_____
Eric M. Albritton

3